NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEBORAH MECKLER
(EXECUTRIX OF THE ESTATE OF ALTON B.
HORNBACK),**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee..*

---

2011-5040

---

Appeal from the United States Court of Federal Claims in No. 10-CV-384, Judge Lynn J. Bush.

---

**JUDGMENT**

---

PHILLIP A. BENNETT, Knobbe, Martens, Olson & Bear, LLP, of San Diego, California, argued for plaintiff-appellant. With him on the brief was BORIS ZELKIND.

SUSAN L. C. MITCHELL, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were TONY WEST, Assistant Attorney General and JOHN J. FARGO, Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.  *See* Fed. Cir. R. 36.**

PER CURIAM (BRYSON, CLEVENGER AND, LINN, *Circuit Judges*).


ENTERED BY ORDER OF THE COURT


<u>December 13, 2011</u>          <u>          /s/ Jan Horbaly          </u>
              Date                          Jan Horbaly
                                            Clerk